# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **MICHAEL H. WARREN,** *Plaintiff* | § § § | |
| **v.** | § § | 1-23-CV-00650-RP |
| **LIBERTY INSURANCE CORPORATION,** *Defendant* | § § § | |

## ORDER SETTING INITIAL PRETRIAL CONFERENCE

The parties, or counsel acting on their behalf, are **ORDERED** to appear for an initial pretrial conference **by telephone** on **Wednesday, November 29, 2023, at 2:00 p.m.** The Court will set a trial date at the conference, so the parties must be prepared to discuss trial settings. The parties are directed to use the following dial-in information:

\*\*Please call in 5 minutes before the hearing starts.\*\*

1. Toll free number: (877) 873-8018
2. Access code: 6000190#

Use of speaker phones is prohibited during a telephonic appearance, and use of mobile phones is discouraged due to poor audio quality. Because earlier hearings in other cases may be in progress when attorneys call in, they should mute their phones and wait for the Courtroom Deputy to call this case before they speak.

If there are questions regarding the telephonic appearance, the parties should contact courtroom deputy Celine Valverde at Celine_Valverde@txwd.uscourts.gov.

**SIGNED** on November 21, 2023.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE